# EXHIBIT 6
*Patent-in-Suit by Assignment*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in <u>either</u> the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 52554

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: 52554

OR

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

[                                                                                          ]

[✓] Inventor or Joint Inventor (title not required below)
[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)
[ ] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)
[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

## SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | [signed] | Date (Optional) | 23. 01. 2017 |
|---|---|---|---|
| Name | Xiaoyong Wu | | |
| Title | Inventor | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO:** Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Corner Locking Mattress Protector |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:
- ☒ The attached application, or
- ☐ United States application or PCT international application number _____
  filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Xiaoyong Wo    Date (Optional): 23.01.2017

Signature: _[signature]_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# ASSIGNMENT

**WHEREAS WE** have made certain invention(s) (hereinafter "Inventions") described in the following patent application:

Title: _____Corner Locking Mattress Protector_____

Filing date: _____

US Application No. or PCT International Application No.: _____

(hereinafter "Patent Application");

**WHEREAS**, Skytex, Inc., a corporation located at 1 Rankin Avenue, Suite 300, Asheville, NC 28801, is desirous of obtaining the entire right, title, and interest in, to, and under said Invention (hereinafter "Assignee"); (hereinafter "Assignee");

**NOW, THEREFORE**, for good and valuable consideration, the receipt of which is hereby acknowledged, WE do hereby sell, assign, transfer, and set over unto Assignee the entire right, title, and interest in, to, and under said Invention, throughout the world. These rights include, but are not limited to:

1. Right to apply for Letters Patent for the Invention, or any portion thereof, in the United States;
2. Right to apply for Letters Patent or the legal equivalent, including utility models, for the Invention, or any portion thereof, in any country or countries foreign to the United States;
3. All rights in, to, and under the above-referenced Patent Application, including, any national phase, continuations, divisionals, continuations-in-part, or any other applications based on or claiming priority to the Patent Application; and
4. All rights in, to, and under any Letters Patent, or legal equivalent, including all reissues, reexaminations or extensions thereof, that may be issued or granted on the applications described in paragraphs 1-3, above.

**WE HEREBY** authorize and request the Commissioner of Patents of the United States and any Official of any country or countries foreign to the United States, whose duty it is to issue patents on applications as aforesaid, to issue all Letters Patent and/or legal equivalents, as requested, for said Invention or portion of said Invention to, and vest all rights of ownership in Assignee, in accordance with the terms of this instrument.

**AND WE HEREBY** covenant that WE have full right to convey the entire interest herein assigned, and that WE have not executed, and will not execute, any agreement in conflict herewith.

**AND WE HEREBY** further covenant that WE will communicate to Assignee any facts known to US respecting said Invention, and testify in any legal proceeding, sign and execute lawful papers (including any application, assignment, and/or power of attorney documents), make all rightful oaths, and generally do everything possible to aid Assignee, to obtain and enforce proper patent protection for said Invention in all countries.

The rights granted to Assignee herein shall inure to the benefit of Assignee's successors in interest and assigns.

**IN TESTIMONY, WHEREOF**, WE hereunto set our hands on the date and at the place set forth below.

**Inventor 1**

Signature: _____

Printed: Gabriel Dungan

Date: _____

**Inventor 2**

Signature: _[signature]_____

Printed: Xiaoyong Wo

Date: 23.01.2017

**Inventor 3**

Signature: _____

Printed: _____

Date: _____

Place: _____

**Inventor 4**

Signature: _____

Printed: _____

Date: _____

Place: _____