# EXHIBIT 10
*Chun Yi Accused Products*

| Product Name | ASIN | URL | Brand | Retail Price |
|---|---|---|---|---|
| CHUN YI Cooling Mattress Topper Queen, 4 Inch Memory Foam Mattress Topper, Gel Infused Bed Topper for Pressure Relief, Mattress Pad with Removable Washable Cover, CertiPUR-US Certified | B0DPFDYNYV | [Amazon Link] | CHUN YI | 129.99 |
| CHUN YI Cooling Mattress Topper King, 4 Inch Memory Foam Mattress Topper, Gel Infused Bed Topper for Pressure Relief, Mattress Pad with Removable Washable Cover, CertiPUR-US Certified | B0D8SS4FS3 | [Amazon Link] | CHUN YI | 129.99 |
| CHUN YI Cooling Mattress Topper Full, 4 Inch Memory Foam Mattress Topper, Gel Infused Double Bed Topper for Pressure Relief, Mattress Pad with Removable Washable Cover, CertiPUR-US Certified | B0DJSYSBD8 | [Amazon Link] | CHUN YI | 113.99 |
| CHUN YI Cooling Mattress Topper Queen, 3 Inch Memory Foam Mattress Topper, Gel Infused Bed Topper for Pressure Relief, Mattress Pad with Removable Washable Cover, CertiPUR-US Certified | B0D8T1YYF8 | [Amazon Link] | CHUN YI | 129.99 |
| CHUN YI 4 Inch Mattress Topper King, Gel Infused Memory Foam Bed Topper for Pressure Relief, Foam Mattress Pad for King Size Bed, CertiPUR-US Certified | B0DK6PYMN4 | [Amazon Link] | CHUN YI | 89.99 |
| CHUN YI 3 Inch Memory Foam Mattress Topper Twin XL, Gel Infused Bed Topper for Pressure Relief, Extra Long Twin Mattress Pad, CertiPUR-US Certified | B0D8SZWB8N | [Amazon Link] | CHUN YI | 55.99 |
| CHUN YI Memory Foam Mattress Topper Queen Size, 2 Inch Gel Infused Bed Topper for Pressure Relief, CertiPUR-US Certified Mattress Pad | B0D9M28X1L | [Amazon Link] | CHUN YI | 49.99 |
| CHUN YI Cooling Mattress Topper Twin, 2 Inch Memory Foam Mattress Topper for Pressure Relief, Gel Infused Single Bed Topper, Mattress Pad with Removable Washable Cover, CertiPUR-US Certified | B0D9M1Q2PM | [Amazon Link] | CHUN YI | 49.99 |
| CHUN YI Cooling Mattress Topper Twin XL, 2 Inch Memory Foam Mattress Topper for College Dorm, Gel Infused Bed Topper, Extra Long Twin Mattress Pad with Removable Washable Cover, CertiPUR-US Certified | B0D9LZ49XW | [Amazon Link] | CHUN YI | 52.99 |
| CHUN YI Cooling Mattress Topper Full, 2 Inch Memory Foam Mattress Topper, Gel Infused Bed Topper for Pressure Relief, Mattress Pad with | B0D9LYYLMJ | [Amazon Link] | CHUN YI | 59.99 |

| Product Name | ASIN | URL | Brand | Retail Price |
|---|---|---|---|---|
| Removable Washable Cover, CertiPUR-US Certified | | | | |
| CHUN YI 3 Inch Memory Foam Mattress Topper Queen, Gel Infused Bed Topper for Pressure Relief, Memory Foam Mattress Pad for Queen Size Bed, CertiPUR-US Certified | B0DJSWQKQB | [Amazon Link](#) | CHUN YI | 69.99 |